AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

21 U.S.C. § 844(a)(A Misd.); 36
C.F.R. § 1004.23(a)(1)(B Misd.);
36 C.F.R. § 1004.23(a)(2)(B
Misd.)

☐ Petty
☐ Minor
☑ Misde-meanor
☐ Felony

PENALTY:

Maximum Prison term 1 year; Maximum fine of $100,000,
Minimum fine of $1000; Maximum supervised release of 1
year; Mandatory special assessment fee of $25

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

### DEFENDANT - U.S.

▶ MICHEAS LEHNHERR

DISTRICT COURT NUMBER

CR 07 0647 MAG

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

U.S. Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under ▶

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM

SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    WENDY THOMAS

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons
was served on above charges ▶ 9/8/2007

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer
been filed?
☐ Yes
☐ No
} If "Yes"
give date
filed _____

DATE OF
ARREST ▶ _____ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY ▶ _____ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

                         SAN FRANCISCO DIVISION
10

11
   UNITED STATES OF AMERICA,          )   No.
12
          Plaintiff,                  )   VIOLATIONS:  21 U.S.C. § 844(a) -
13                                     )   Possession of a Controlled Substance
       v.                             )   (Class A Misdemeanor); 36 C.F.R.
14                                     )   §1004.23(a)(1) - Operating a Motor
   MICHEAS LEHNHERR,                   )   Vehicle Under the Influence of Alcohol
15                                     )   (Class B Misdemeanor); 36 C.F.R.
          Defendant.                   )   §1004.23(a)(2) - Operating a Motor
16                                     )   Vehicle With a Blood Alcohol Content
                                       )   Over 0.08% (Class B Misdemeanor)
17                                     )
                                       )   SAN FRANCISCO VENUE
18

19

20                         I N F O R M A T I O N

21  The United States Attorney charges:

22  COUNT ONE: 21 U.S.C. § 844(a) - Possession of a Controlled Substance

23     On or about September 8, 2007, in the Northern District of California, within the

24  boundaries of an area administered by the Presidio Trust and land under the exclusive

25  jurisdiction of the United States, the defendant,

26                         MICHEAS LEHNHERR,

27  did knowingly and intentionally possess a Schedule II controlled substance, to wit:  a mixture

28  or substance containing a detectable amount of crack cocaine, in violation of Title 21, United

    INFORMATION

1 | States Code, Section 844(a), a Class A misdemeanor.

2

3 | COUNT TWO: 36 C.F.R. § 1004.23(a)(1) - Operating a Motor Vehicle Under the
Influence of Alcohol

4

5 | On or about September 8, 2007, in the Northern District of California, within the

6 | boundaries of an area administered by the Presidio Trust and land under the exclusive

7 | jurisdiction of the United States, the defendant,

8 | MICHEAS LEHNHERR,

9 | was operating or in actual physical control of a motor vehicle while under the influence of

10 | alcohol, drugs, or any combination thereof, to a degree that rendered him incapable of safe

11 | operation, in violation, of Title 36, Code of Federal Regulations, Section 1004.23(a)(1), a

12 | Class B Misdemeanor.

13

14 | COUNT THREE: 36 C.F.R. § 1004.23(a)(2) - Operating a Motor Vehicle With a Blood
Alcohol Content over 0.08%

15 | On or about September 8, 2007, in the Northern District of California, within the

16 | boundaries of an area administered by the Presidio Trust and land under the exclusive

17 | jurisdiction of the United States, the defendant,

18 | MICHEAS LEHNHERR,

19 | was operating or in actual physical control of a motor vehicle while having at least 0.08

20 | percent, by weight, of alcohol in his breath, in violation of Title 36, Code of Federal

21 | Regulations, Section 1004.23(a)(2), a Class B Misdemeanor.

22

23 | DATED: 10/11/07

24 | SCOTT N. SCHOOLS
United States Attorney

25

26 | GREGG W. LOWDER
Chief, Major Crimes Section

27 | (Approved as to form: _____)
WENDY THOMAS

28 | Special Assistant United States Attorney

INFORMATION