1 | SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

5

6 | 450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-6809

7 | Facsimile: (415) 436-7234
E-Mail: wendy.thomas@usdoj.gov

8

Attorneys for Plaintiff

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,         )   Criminal No. CR 07-0647 MAG
                                     )
14 |         Plaintiff,                )
                                     )
15 |                                   )   **PROPOSED] ORDER AND
       v.                             )   STIPULATION EXCLUDING TIME
16 |                                   )   FROM NOVEMBER 21, 2007 TO
    MICHEAS LEHNHERR,                 )   JANUARY 16, 2008**
17 |                                   )
             Defendant.                )
18 |                                   )
                                     )
19

20

21          The parties appeared before the Honorable Edward M. Chen on November 21, 2007.

22  With the agreement of counsel for both parties, the Court found and held as follows:

23          1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

24  3161(b), from November 21, 2007 to January 16, 2008, in light of the need for defendant's

25  continued review of discovery and for continuity of counsel given both defense counsel and

26  government counsel's calendars over the holidays. Failure to grant the requested continuance

27  would unreasonably deny defense counsel reasonable time necessary for effective preparation,

28  taking into account the exercise of due diligence and the need for counsel to review the

**[PROPOSED[ ORDER AND STIPULATION
EXCLUDING TIME CR 07-0647 MAG**

discovery with the defendant.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from November 21, 2007 to January 16, 2008, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from November 21, 2007 to January 16, 2008, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 11/26/07　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　JODI LINKER
　　　　　　　　　　　　　　　　　　　Counsel for Micheas Lehnherr

DATED: 11/24/07　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　WENDY THOMAS
　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THE HON. EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

**[PROPOSED[ ORDER AND STIPULATION
EXCLUDING TIME CR 07-0647 MAG**    2