1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
   450 Golden Gate Avenue
6  San Francisco, California 94102
   Telephone: (415) 436-6809
7  Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov
8
   Attorneys for Plaintiff
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07-0647 MAG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ~~PROPOSED~~] ORDER AND |
| v. | ) | STIPULATION EXCLUDING TIME |
| | ) | FROM NOVEMBER 21, 2007 TO |
| MICHEAS LEHNHERR, | ) | JANUARY 16, 2008 |
| Defendant. | ) | |
| | ) | |

The parties appeared before the Honorable Edward M. Chen on November 21, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from November 21, 2007 to January 16, 2008, in light of the need for defendant's continued review of discovery and for continuity of counsel given both defense counsel and government counsel's calendars over the holidays. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the

**[PROPOSED[ ORDER AND STIPULATION
EXCLUDING TIME CR 07-0647 MAG**

discovery with the defendant.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from November 21, 2007 to January 16, 2008, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from November 21, 2007 to January 16, 2008, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 11/26/07                                      /s/
                                                     JODI LINKER
                                                     Counsel for Micheas Lehnherr


DATED: 11/24/07                                      /s/
                                                     WENDY THOMAS
                                                     Special Assistant United States Attorney


IT IS SO ORDERED.

DATED: 11/27/07                                      _____
                                                     THE HON. EDWARD M. CHEN
                                                     United States Magistrate Judge

**[PROPOSED[ ORDER AND STIPULATION**
**EXCLUDING TIME CR 07-0647 MAG**   2