## PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Edward M. Chen<br>U.S. Magistrate Judge | **RE:** | Lehnherr, Michaes |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR07-0647 |

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Brad T. Wilson**                                   415-436-7511
U.S. Pretrial Services Officer Assistant            TELEPHONE NUMBER

**RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding  District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☒ Other Instructions:

_____
JUDICIAL OFFICER                      DATE  11/21/07

Ct ordered Def- an $10k PR bond
@ 11/21/07 hrs.

Cover Sheet (12/03/02)