UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.CR07-0647 EMC |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| MICHEAS LEHNHERR, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT a bail review hearing is set for Wednesday, March 12, 2008 at 1:30 p.m. before Magistrate Judge Bernard Zimmerman in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: March 11, 2008            RICHARD W. WIEKING, CLERK

By: _____
Betty Fong
Deputy Clerk