# TWELVE STEP PROGRAMS
## Of California
4049 Judah Street, San Francisco, CA 94122
(415) 566-4357   Fax: (415) 665-9665

March 11, 2008

Ms. Jodi Linker
450 Golden Gate Avenue, 19th Fl.
San Francisco, CA 94102

Fax: 415-436-7706

Re: Micheas Lehnherr

Dear Ms. Linker:

This letter is to verify that Micheas Lehnherr has been accepted as a resident of Twelve Step Programs located at 1279 39th Avenue, San Francisco, CA 94122. Mr. Lehnherr's date of entry was March 11, 2008. Mr. Lehnherr was previously a resident from January 8, 2008 thru February 5, 2008.

Twelve Step Programs is a social model therapeutic community for individuals who are recovering from alcohol and drug addiction, and who desire a clean and sober living residence. During their stay, residents are required to attend meetings in support of their recovery, submit to random drug testing, comply with rules of the organization, and demonstrate a commitment to leading a clean, sober, and productive lifestyle.

If you have any questions, please don't hesitate to contact this office.

Sincerely,
TWELVE STEP PROGRAMS

Gerald Joens
Administrator

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. CR 07-0647 MAG   DEFENDANTS EXHIBIT NO. 1

FILED 3/12/2008   BY: L. Scott

RICHARD W. WIEKING
CLERK                                    DEPUTY CLERK