**United States District Court**
For the Northern District of California

1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | No.CR07-0647 EMC |
| Plaintiff, | | **CLERK'S NOTICE** |
| v. | | |
| MICHEAS LEHNHERR, | | |
| Defendant. | | |
| _____/ | | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT a bail review hearing is set for **Wednesday, March 19, 2008 at 9:30 a.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: March 17, 2008                    RICHARD W. WIEKING, CLERK

By: _____
    Betty Fong
    Deputy Clerk