## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 09/05, 20 07 while exercising my duties as a law enforcement officer in the Northern District of California

While on patrol I observed a blue Kia (tag # 6AAC699) driving while impeding traffic. Said vehicle continued driving under the posted limit, would stop and go, turn signal left and continue to traveling eastbound on Lincoln Blvd.
Said vehicle continued this manner of driving while swerving. I conducted a stop of vehicle and determined the driver, Lehnherr to be under the influence.
(see 10-344b)
This MVN was issued

The foregoing statement is based upon:

[X] my personal observation  [X] my personal investigation
[ ] information supplied to me from my fellow officer's observation
[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/05/07  [signature]
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

---

# United States District Court
## Violation Notice

CVB Location Code: CN-22 (PRES), CN-29 (GGNR) Circle One

Violation Number: 0894966
Officer Name (Print): Ramos, A
Officer No.: 382

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 09/05/07 @ 0232 hrs
Offense Charged: [X] CFR  [ ] USC  [ ] State Code  36CFR1004.23(a)(1)
Place of Offense: Lincoln and Sheridan
Offense Description: Operate MV under the influence

### DEFENDANT INFORMATION
Phone: (415) ■■■
Last Name: Lehnherr
First Name: Micheas
M.I.: 
Street Address: ■■■
City: ■■■  State: ■■■  Zip Code: ■■■  Date of Birth: ■■■
Drivers License No.: ■■■  D.L. State: CA  Social Security No.: ■■■
[X] Adult  [ ] Juvenile  Sex: [X] Male  [ ] Female
Hair: brn  Eyes: blu  Height: 5'11"  Weight: 165

### VEHICLE DESCRIPTION  VIN:
Tag No.: ■■■  State: CA  Year: 07  Make/Model: Kia  Color: blu

A [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)
B [ ] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: Duty Magistrate, 450 Golden Gate Ave. 15th Floor, San Francisco, California
Date: 10/22/07
Time: 09:30 am

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature [signature]

Original - CVB Copy