FORM 10-344B
(3/83)

**UNITED STATES DEPARTMENT OF INTERIOR**
**NATIONAL PARK SERVICE**

## SUPPLEMENTAL CRIMINAL INCIDENT RECORD

1 JUVENILE CASE ☐

| 2 SYSTEM AREA | 3 WHEN DID IT OCCUR? | MO | | DAY | | YR | | 4 YEAR | | | CASE/INCIDENT NUMBER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USPP/SFFO/GGNRA | | 0 | 9 | 0 | 8 | 0 | 7 | 0 | 7 | 0 | 0 | 9 4 | 6 4 |

| 5 NATURE OF INCIDENT | 6 RECLASSIFICATION OF INCIDENT |
|---|---|
| DUI/Drugs(Cocaine)-1 Arrest | |

**7 RESULTS OF INVESTIGATION**

ITEM

LEHNHERR began too soon did not walk heel to toe as instructed. LEHNHERR raised his arms more than 6 inches, having his arms straight out like an airplane. I reminded LEHNHERR several times to keep his arms down as instructed. LEHNHERR stepped of the line and could not walk in a straight line, instead he walked in a half circle in both directions bouncing and losing balance as he did this.

One Leg Stand:
I conducted the instructional phase of this test. LEHNHERR stated he understood and began. LEHNHERR put his foot down on steps, 1,2,9,19(he repeated the number 19), 20,21 and 30. LEHNHERR used his arms for balance, he swayed and hopped one time.

I then read the P.A.S. Admonition statement to LEHNHERR. LEHNHERR seemed confused and continued to ask myself and MPO Cameron what he should do. LEHNHERR reluctantly stated that he would blow into the P.A.S.
I instructed LEHNHERR on how to properly blow into the P.A.S device. As he began, he bit down on the mouth piece after being instructed not to several times. He held his breath and did not blow out as instructed. He would continue to stop and ask questions and appeared confused. This test was a refusal.

I then placed LEHNHERR under arrest for DUI. After placing LEHNHERR into my cruiser, MPO Cameron who was on scene assisting with the impound called to my attention broken pieces of white rock on the driver's seat and floorboard. I collected the white rock which field tested positive for Cocaine.

I then read LEHNHERR his Miranda Rights on scene. LEHNHERR stated that he didn't know if he should answer my questions or not. LEHNHERR stated that he would answer some questions but he wasn't sure which ones. I then transported LEHNHERR to D-8 for processing.
I brought LEHNHERR into the station for further questioning. I asked LEHNHERR what the white rock was in the vehicle. He stated that the car was a rental. I advised him that the white rock field tested positive for Cocaine, he stated that he was going to sue the rental company. LEHNHERR then stated that he would only answer questions "like what's my name and address and stuff like that." At that point I stopped questioning LEHNHERR regarding the suspected cocaine.
I read the Chemical Admonition Test to LEHNHERR, he again appeared nervous and confused. LEHNHERR stated that he would do breath.

Results:
At 0341hrs a B.A.C of .174% was recorded. A second test at 0345hrs revealed a B.A.C of .168%.

I then issued LEHNHERR citation #0894966 36CFR1004.23(a)(1)-DUI; citation #0894967 36CFR1004.23(a)(2)-DUI w/ B.A.C of >.08%; and citation #0894968 21USC844-Possession of Cocaine.

LEHNHERR was given a court date of 10/22/07.
Said vehicle was impounded by P and S tow.
Suspected cocaine was collected and dropped into property box for evidence.

Time cleared 0530hrs

| 8 WARRANT(S) | | 10 ID TECH NOTIFIED | 11 INVESTIGATOR NOTIFIED | 17 |
|---|---|---|---|---|
| ☐ YES | ☐ LATENTS | | | PAGE 2 OF 2 PAGES |
| ☒ No | ☐ PHOTOS | | | |

| 13 STATUS: | ☐ OPEN | ☐ SUSPENDED | | CLOSED BY: | ☒ ARREST | ☐ EXCEPTION | ☐ UNFOUNDED |
|---|---|---|---|---|---|---|---|

| 14 REPORTING OFFICER | BADGE/ID | DATE | 15 INVESTIGATOR | BADGE/ID | DATE | 16 SUPERVISOR | BADGE/ID | DATE |
|---|---|---|---|---|---|---|---|---|
| Ramos, A. | 382 | 09/08/07 | | | | | 0451 | 9/9/07 |