06/17/2008 04:14 PM EST

Case Debt Type Payment Report
U.S. Courts

Version 7.0.1

San Francisco

| Party # | Party Name | Case No. | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | MICHEAS LEHNHERR | DCAN307CR000647 | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 34611020112 | 1 | PR | 10.00 | 06/11/2008 |

Division Payment Total    10.00

Grand Total    10.00

$10.00 SPECIAL ASSESSMENT PAID IN FULL

M 6-11-08