# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

## Petition for Summons for Offender Under Supervision

Name of Offender:     Micheas Lehnherr           Docket No.:   CR 07-0647-01 EMC

Name of Sentencing Judge:   Edward M. Chen
                            United States Magistrate Judge

Date of Original Sentence:   June 11, 2008

Original Offense:
Count One: Operating a Motor Vehicle Under the Influence of Alcohol, 36 C.F.R. § 1004.23(a)(1), a Class B misdemeanor

Original Sentence: 4 years probation
Special Conditions:  $10 special assessment; drug/alcohol treatment; abstain from alcohol; participate and complete residential drug treatment followed by sober living housing; 125 hours of community service; proof of financial responsibility; restriction of driving privileges for four years; completion of Third Offender's DUI program.

Type of Supervision: Probation                Date Supervision Commenced: June 11, 2008
Assistant U.S. Attorney: Wendy Thomas              Defense Counsel: Jodi Linker (AFPD)

## Petitioning the Court

The issuance of a summons for the offender to appear in court before the Magistrate Judge Edward M. Chen for identification of counsel and setting of further proceedings on June 25, 2008 at 9:30 a.m.

I, Jacqueline Sharpe, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

NDC-SUPV-FORM 12C(2) 04/03/08

Micheas Lehnherr  Page 2
CR 07-0647-01 EMC

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated special condition number four that he shall complete the Bridge II Residential Treatment program and afterwards shall enter a sober living facility as directed by the probation officer. |

On June 14, 2008, the defendant left the Bridge II facility without permission. He returned to the facility approximately two hours later and was granted approval to remain in the program. According to program director, Peter Budlong, the defendant remained non-compliant, i.e. refusing to attend group meetings and take prescribed medication upon his return. On June 15, 2008, at approximately 3:00 p.m., the defendant left the Bridge II facility without permission. He was terminated effective June 14, 2008.

Evidence to support this charge is contained within the offender's chronological entry dated June 16, 2008, and upon this officer's testimony.

Address of offender:   638 Broadmoor Bl.
San Leandro, CA 94577

Based on the foregoing, there is probable cause to believe that Micheas Lehnherr violated the conditions of his supervision.

Respectfully submitted,

Jacqueline Sharpe
U.S. Probation Officer
Date Signed: June 16, 2008

Approved as to form:

Sheila John
Supervisory U.S. Probation Officer

NDC-SUPV-FORM 12C(2) 04/03/08

Micheas Lehnherr  
CR 07-0647-01 EMC

Page 3

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒ The issuance of a summons for the offender to appear in court before Magistrate Judge Edward M. Chen for identification of counsel and setting of revocation proceedings on June 25, 2008 at 9:30 a.m.

☐ Other:

_6/20/08_  
Date

Edward M. Chen  
United States Magistrate Judge